PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Sadiel Gonzalez  
**Docket Number:** 02-00873-001  
**PACTS Number:** 34896

**Name of Sentencing Judicial Officer:** HONORABLE Dennis M. Cavanaugh

**Date of Original Sentence:** 11/24/2003

**Original Offense:** Unlawful Possession of a Firearm by a Convicted Felon in violation of Title 18 U.S.C. § 922(g)(1)

**Original Sentence:** 30 months imprisonment

**Type of Supervision:** supervised release (36 months)   **Date Supervision Commenced:** N/A (Absconded)

**Assistant U.S. Attorney:** Jeffrey Chiesa, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Alan Dexter Bowman, Esq., One Gateway Center, Suite 105, Newark, New Jersey 07102, (973) 622-2225

---

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C - Page 2
Sadiel Gonzalez

| +-Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**' |

On November 24, 2003, the offender appeared before Your Honor following his conviction for possession of a firearm by a convicted felon. Your Honor sentenced the offender to thirty (30) months imprisonment to be followed by a thirty-six (36) month term of supervised release. On December 16, 2004, the U.S. Probation Office notified the Federal Correctional Institution in Allenwood, Pennsylvania, of our approval of Gonzalez' proposed release plan to live with his mother at her residence in Elizabeth, New Jersey. The offender was instructed to report to the U.S. Probation Office in Newark, New Jersey, within seventy-two (72) hours of his release. On February 21, 2005, Gonzalez was released from the custody of the Bureau of Prisons and transferred to the New Jersey Department of Corrections (NJDOC) to serve the remainder of a five-year state sentence imposed on July 30, 2004, in New Jersey Superior Court, Union County; Indictment Number 01-10-1507. On February 20, 2007, Gonzalez was released from NJDOC to the Department of Immigration and Naturalization Services (INS) on a detainer. He remained in INS custody until his release to parole supervision on October 3, 2007. The offender failed to report to the U.S. Probation Office within 72 hours of his release as instructed by the Court and U.S. Probation Office.

| | |
|---|---|
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On November 20, 2008, the offender was arrested by Elizabeth, New Jersey Police and charged with various drug-related offenses. On February 9, 2009, a one count complaint was filed in the United States District Court for the District of New Jersey, charging that from in or about August 2008 to January 2008, in Essex and Union Counties, Sadiel Gonzalez, did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute a mixture of substance containing 100 grams or more of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(a) and (b)(1)(B) in violation of Title 21, U.S.C. 846. On February 23, 2007, the offender appeared in United States District Court for the District of New Jersey before the Honorable Michael A. Shipp for a bail hearing, at which time, he was detained without bail pending a preliminary bail hearing before the Honorable Mark Falk on March 4, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth A. Villa
U.S. Probation Officer
Date: 02/24/09

THE COURT ORDERS:

PROB 12C - Page 3
Sadiel Gonzalez

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

25 FEB 2009